**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ERICOM SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PETERSON and HIGH WIRE NETWORKS, INC.,<br><br>Defendants. | Case No. 1:23-cv-13844 |

**JOINT MOTION FOR ENTRY OF**
**STIPULATED DISMISSAL OF ERICOM'S CLAIMS AGAINST JOHN PETERSON**

Plaintiff Ericom Software, Inc. ("Ericom") and Defendant John Peterson (together the "Parties") hereby jointly move this Court for entry of an Order on the same terms as the Agreed [Proposed] Order of Dismissal of Ericom Software, Inc.'s Claims against John Peterson attached as Exhibit A (the "Stipulated Dismissal"). In support of their Motion, the Parties state as follows.

1. The Parties have agreed that this case has been settled as between them and that all issues and controversies have been resolved to their mutual satisfaction.

2. The Parties request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

3. The Parties agree to the relief requested by this Motion, as indicated by the Declaration of John Peterson in Support of Stipulated Dismissal attached as Exhibit B.

WHEREFORE, the Parties jointly request that this Court enter an order with the same terms as the Stipulated Dismissal attached as Exhibit A.

Dated: May 22, 2024

Respectfully submitted,

DLA PIPER LLP (US)

*/s/ John J. Hamill*

John J. Hamill (ARDC No. 6217530)
*john.hamill@us.dlapiper.com*
Pamela Begaj Loutos (ARDC No. 6299075)
*pamela.loutos@us.dlapiper.com*
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel: 312.368.7036
Fax: 312.251.5809

Amanda L. Morgan*
*amanda.morgan@us.dlapiper.com*
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Michael R. Walsh*
*michael.walsh@us.dlapiper.com*
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
Tel: 617.406.6095
Fax: 617.406.6205

*Attorneys for Plaintiff Ericom Software, Inc.*

* *Leave to appear pro hac vice granted (ECF No. 10)*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2024, the foregoing document was served via CM/ECF in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois and was mailed to the following individuals by certified mail and by email to the following addresses:

John Peterson
150 Garlic Avenue
Morgan Hill, California 95037
johnupeterson@gmail.com

Mark Porter
30 N Lincoln Street
Batavia, Illinois 60510
mark.porter@highwirenetworks.com

Thomas H. Vidal
Pryor Cashman LLP
1801 Century City Park East
Los Angeles, California 90067
tvidal@pryorcashman.com

*/s/ John J. Hamill*
John J. Hamill (ARDC No. 6217530)