**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| ERICOM SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PETERSON and HIGH WIRE NETWORKS, INC.,<br><br>Defendants. | ) | Case No. 1:23-cv-13844<br>Honorable Jorge L. Alonso |

**AGREED ORDER OF DISMISSAL OF**
**ERICOM SOFTWARE, INC.'S CLAIMS AGAINST JOHN PETERSON**

Plaintiff Ericom Software, Inc. ("Ericom") and Defendant John Peterson (together the "Parties") hereby agree that this case has been settled as between them and that all issues and controversies between them have been resolved to their mutual satisfaction. The Parties request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

1. The Parties shall comply with the signed settlement agreement dated March 12, 2024 (the "Settlement Agreement"). The Parties expressly waive their rights under Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires this order to be specific in terms or to describe in reasonable detail, and without reference to the Settlement Agreement, the act or acts to be restrained.

2. By consent of the Parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

3. This case is dismissed without prejudice with leave to reinstate on or before June 30, 2027, for the purpose of enforcing the settlement. This Agreed Order of Dismissal is entered without prejudice in order to allow the Court to enforce the Settlement Agreement. The Parties are barred from relitigating any claims raised in this litigation or any claims released by means of the Settlement Agreement.

4. In the event a motion to reinstate or motion to enforce settlement is not filed on or before June 30, 2027, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Each party shall bear its own attorneys' fees and costs.

Entered: July 2, 2024

SO ORDERED.

HON. JORGE L. ALONSO
United States District Judge