**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| ERICOM SOFTWARE, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| JOHN PETERSON and HIGH WIRE NETWORKS, INC., | ) | Case No. 1:23-cv-13844 |
| Defendants. | ) | |

**JOINT MOTION FOR ENTRY OF STIPULATED DISMISSAL OF**
**ERICOM SOFTWARE, INC.'S CLAIMS AGAINST HIGH WIRE NETWORKS, INC.**

Plaintiff Ericom Software, Inc. ("Ericom") and Defendant High Wire Networks, Inc. ("High Wire," and together with Ericom the "Parties") hereby jointly move this Court for entry of an Order on the same terms as the Agreed [Proposed] Order of Dismissal of Ericom's Claims against High Wire attached as Exhibit A (the "Stipulated Dismissal"). In support of their Motion, the Parties state as follows.

1. The Parties agree that this case has been settled as between them and that all issues and controversies have been resolved to their mutual satisfaction in a confidential settlement agreement effective August 12, 2024 (the "Settlement Agreement") The Parties attach the Settlement Agreement for the Court's review as Exhibit B.

2. Like the previously entered stipulated dismissal of Ericom's claims against Defendant John Peterson (ECF No. 52), the Stipulated Dismissal is modeled after "Sample Order C" from the article by former Presiding Magistrate Judge Morton Denlow, *What's an Attorney to Do? Ensuring Federal Jurisdiction Over Settlement Agreements in Light of Recent Seventh Circuit*

*Cases* (the "Judge Denlow Article"), available at http://www.ilnd.uscourts.gov/_assets/_documents/_forms/_judges/DENLOW/FederalJurisdiction.pdf.

3. The Parties agree to the relief requested by this Motion.

4. The Parties request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994). The Settlement Agreement provides that the Parties will move for the Court to retain jurisdiction to enforce it under *Kokkonen*.

5. The Parties have agreed to the approach encapsulated by Sample Order C from the Judge Denlow Article as a negotiated compromise, in which Ericom has determined that the Court's retention of jurisdiction to enforce the Settlement Agreement would provide Ericom with a sufficient basis to forgo seeking permanent injunctive relief as part of a resolution.

6. In denying without prejudice a prior motion concerning the stipulated dismissal of Ericom's claims against Peterson, the Court directed Ericom and Peterson to comply with one of four options, including the following:

> [I]f the parties wish for the Court to retain jurisdiction to enforce the settlement agreement and to maintain its confidentiality, the parties can refile their Joint Motion for Entry of Dismissal of Ericom's Claims Against John Peterson and attach the settlement agreement. The parties may move to seal the settlement agreement, or portions thereof, if appropriate and desired by the parties.

(ECF no. 45 at 7.)

7. The Court referred the Parties to that prior Order in connection with granting the Parties an opportunity to finalize the Settlement Agreement. (ECF No. 54.)

8. The Parties "intend for the Court to retain jurisdiction to enforce the settlement agreement while maintaining the confidentiality of its terms." (ECF No. 45 at 6.)

9. The Parties desire to file the Settlement Agreement under seal and believe that would be appropriate for the reasons stated in the Motion for Leave to Submit Materials Under Seal submitted herewith.

WHEREFORE, the Parties jointly request that this Court enter an order with the same terms as the Stipulated Dismissal attached as Exhibit A.

[Signatures follow.]

Dated: August 30, 2024

Respectfully submitted,

DLA PIPER LLP (US)

/s/ John J. Hamill

John J. Hamill (ARDC No. 6217530)
*john.hamill@us.dlapiper.com*
Pamela Begaj Loutos (ARDC No. 6299075)
*pamela.loutos@us.dlapiper.com*
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel: 312.368.7036
Fax: 312.251.5809

Amanda L. Morgan*
*amanda.morgan@us.dlapiper.com*
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Michael R. Walsh*
*michael.walsh@us.dlapiper.com*
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
Tel: 617.406.6095
Fax: 617.406.6205

*Attorneys for Plaintiff Ericom Software, Inc.*

* *Leave to appear pro hac vice granted (ECF No. 10)*

PRYOR CASHMAN LLP

/s/ Thomas H. Vidal

Thomas H. Vidal*
*tvidal@priorcashman.com*
1801 Century Park East
Los Angeles, California 90067
Tel: 310.683.6992

*Attorney for Defendant High Wire Networks, Inc.*

* *Motion for leave to appear pro hac vice pending (ECF No. 58)*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2024, the foregoing document was served via CM/ECF in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois.

*/s/ John J. Hamill*
John J. Hamill (ARDC No. 6217530)