**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Ericom Software, Inc.
Plaintiff,
v.
High Wire Networks, Inc., et al.
Defendant.

Case No.: 1:23−cv−13844
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 4, 2024:

MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff Ericom Software, Inc. ("Ericom") and Defendant High Wire Networks, Inc. having agreed that the case has been settled as between them, and the Court having reviewed the parties 9; confidential settlement agreement, the Joint Motion for Entry of Stipulated Dismissal of Ericom's Claims Against High Wire Networks, Inc. [59][60] is GRANTED. Ericom's motion to seal [62] is GRANTED for good cause for the reasons set forth therein. Docket entry [59] shall remain under seal. Defendant's Motion for leave to appear pro hac vice [58] is granted. Defendants' Motion for leave to appear pro hac vice [57] is denied as moot. Motion and status hearing set for 9/5/24 is stricken. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.